# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 28 - 1 | **DATE** | 1/11/2008 |
| **CASE TITLE** | USA vs. Duwayne Allen | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/11/08. Defendant informed of rights. Enter order appointing Paul Flynn to represent defendant Defendant to remain in custody pending preliminary examination and detention hearing set for 1/15/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:07

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|