UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE COAR**

**MAGISTRATE JUDGE DENLOW**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 28 |
| | ) | |
| v. | ) | Violation: Title 18, United |
| | ) | States Code, Section 2113(a) |
| DUWAYNE ALLEN | ) | |

**F I L E D**

### COUNT ONE

FEB – 7 2008

The SPECIAL JUNE 2007 GRAND JURY charges:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On or about January 10, 2008, at Oak Park, in the Northern District of Illinois, Eastern Division,

DUWAYNE ALLEN,

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $2,285.00 in United States currency belonging to, and in the care, custody, control, management, and possession of a bank, namely, the Park National Bank located at 6011 West North Avenue, Chicago, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY