UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGE COAR** |
| | ) | |
| v. | ) No. 08 CR 28 | **FILED** |
| | ) | |
| DUWAYNE ALLEN | ) **MAGISTRATE JUDGE DENLOW** | FEB - 7 2008 |
| | ) | MICHAEL W. DOBBINS |
| | | CLERK, U.S. DISTRICT COURT |

### GOVERNMENT'S DECLARATION REGARDING GRAND JURY SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: _____

STEVEN A. BLOCK
Assistant U.S. Attorney
(312) 886-7647