## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 28 -1 | **DATE** | February 12, 2008 |
| **CASE TITLE** | USA vs. **Duwayne Allen** | | |

**DOCKET ENTRY TEXT:**

Arraignment and Plea held on 2/12/2008. Defendant appeared with counsel and waived the reading of the indictment. Defendant entered a plea of not guilty to the Indictment. Local Criminal Rule 16.1 materials to be tendered by the Government on or before 2/26/2008. Defendant's Motion by 3/25/2008; Government's replies to Motions by 4/3/2008. Hearing on any filed motion and Status hearing set for April 4, 2008 at 9:30 a.m. The defendant remanded to custody of the U.S. Marshal. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 4/4/2008 (X-T).

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|