# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 28 -1 | **DATE** | 4/4/2008 |
| **CASE TITLE** | United States of America vs. Duwayne Allen | | |

**DOCKET ENTRY TEXT**

Status hearing held on 4/4/2008. Status hearing continued to 5/2/2008 at 09:30 A.M.. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 5/2/2008 (X-T) .

**Docketing to mail notices.**

00:3

| | **Courtroom Deputy** | **PAMF** |
|---|---|---|
| | | |