**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                             Case No.: 1:08−cr−00028
                                               Honorable David H. Coar

Duwayne Allen
                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, June 3, 2008:

      MINUTE entry before the Honorable David H. Coar − as to Duwayne Allen: Status hearing held on 6/3/2008. Change of Plea Hearing set for 7/10/2008 at 09:30 A.M. Pursuant to 18:3161(h)(8)(A)(B), time is excluded through and including 7/10/2008. Mailed notice (pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.