## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 28 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Duwayne Allen | | |

**DOCKET ENTRY TEXT**

Change of Plea Hearing held on 7/11/2008. Defendant appeared with attorney. Defendant withdraws not guilty plea and enters a plea of guilty to the indictment. The Court finds that the defendant is competent, after a lengthy colloquy as to the defendant's rights, to enter into the plea agreement. The Court accepts the plea and enters a Judgment of guilty to the indictment. Order cause referred to the Probation Office for presentence investigation. Sentencing hearing is set for 9/19/2008 at 9:30 a.m. Any pending motion, upcoming status hearings or other dates/deadlines are moot, stricken and terminated.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | SLB |
|---|---|---|